# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

In the Matter of National
Collegiate Student Loan Trusts
2003-1, 2004-1, 2004-2, 2005-1,
2005-2 and 2005-3

Civil No. 16-00775 (SRN/FLN)

**ORDER TRANSFERRING VENUE**

---

Michael A. Collyard, Peter Ihrig, and Thomas F. Berndt, Robins Kaplan, LLP, 800 LaSalle Avenue, Suite 2800, Minneapolis, MN 55402-2015 for U.S. Bank National Association as Indenture Trustee, petitioner.

Adam J. Levitt, Grant & Eisenhofer, P.A., 30 North LaSalle Street, Suite 1200, Chicago, IL 60602; Charles T. Caliendo and James J. Sabella, Grant & Eisenhofer, P.A., 485 Lexington Avenue, 29th Floor, New York, NY 10017; Michael T. Manuel and Stuart M. Grant, Grant & Eisenhofer, P.A.,123 S. Justison Street, Wilmington, DE 19801; and David W. Asp, Robert K. Shelquist, and Scott Moriarity, Lockridge Grindal Nauen, PLLP, 100 Washington Avenue S., Suite 2200, Minneapolis, MN 55401-2179 for Defendants.

---

SUSAN RICHARD NELSON, United States District Judge

This matter is before the Court on the Stipulation to Transfer Venue [Doc. No. 16] filed by the parties, requesting to transfer venue to the U.S. District Court for the District of Delaware. The Court finds that good cause exists to grant the transfer.

Accordingly, the Court ORDERS the Clerk of Court to transfer this action to the United States District Court for the District of Delaware.

Dated: May 9, 2016

                s/Susan Richard Nelson
                SUSAN RICHARD NELSON
                United States District Judge